H. D. HAZEN, *Petitioner,* v. FRANK A. SMITH, as Judge of the Seventeenth Judicial Circuit of the State of Florida, *Respondent.*

En Banc.

Decision filed February 20, 1929.

*H. F. Mohr,* for Petitioner;

*Alexander Akerman,* for Respondent.

PER CURIAM.—A demurrer having been filed to the petition for writ of prohibition herein, and the court having considered the record together with briefs filed by the attorneys for the respective parties, it appears that the de-

murrer to the petition should be sustained and the proceedings dismissed under authority of the opinion in the case of State ex rel. The Bank of America v. Rowe, filed July 19th, 1928, and it is so ordered.

Dismissed.

TERRELL, C. J., AND WHITFIELD, ELLIS, BROWN AND BUFORD, J. J., concur.